## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
### (SOUTHERN DIVISION)

| | | |
|---|---|---|
| **YOSEPH SEYOUM** | * | |
| 1900 Lyttonsville Road, #306 | | |
| Silver Spring, Maryland 20910 | * | |
| | | |
| *Plaintiff,* | * | |
| | | |
| **v.** | * | **Case No.:** _____ |
| | | |
| **CHARLES M. SIMS, ESQUIRE** | * | |
| 12407 North Crossing Drive | | |
| Manakin Sabot, Virginia 23103 | * | |
| | | |
| and | * | |
| | | |
| **O'HAGAN MEYER PLLC** | * | |
| 411 East Franklin Street, Suite 500 | | |
| Richmond, Virginia 23219 | * | |
| | | |
| *Defendants.* | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## DEFENDANTS' NOTICE OF REMOVAL

The Defendants, Chales M. Sims, Esquire and O'Hagan Meyer, PLLC, by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1332 and 1446, hereby file this Notice of Removal from the Circuit Court for Montgomery County, Maryland, to the United States District Court for the District of Maryland, Southern Division, and in support thereof state as follows:

1.     The Plaintiff initiated the present action against the Defendant in the Circuit Court for Montgomery County, Maryland, Civil Action No. C-15-CV-25-003984, on or about July 25, 2025, alleging claims for assault and battery that allegedly occurred during a case where Plaintiff was appearing pro se and Defendants were representing the opposing party.

2.     The Defendants were served with and received the Complaint on or about September 19, 2025.

1

3.     Pursuant to 28 U.S.C. §1446(b)(1), this notice is being filed within 30 days of the Defendants' receipt of the Plaintiff's initial pleadings.

4.     Plaintiff is an individual who resides in Montgomery County, Maryland.

5.     Defendant O'Hagan Meyer, PLLC is a Virginia professional limited liability company with offices located in Virginia.

6.     Defendant Sims is an attorney employed by Defendant O'Hagan Meyer. He is a resident of Virginia.  O'Hagan Meyer is a Virginia professional limited liability company.  Its members are citizens of Virginia.

7.     This Court has original jurisdiction pursuant to 28 U.S.C. § 1332. There is true diversity of citizenship, and the amount in controversy exceeds $75,000, exclusive of costs and interest.

8.     A copy of the Writs of Summons, Complaint, Amended Complaint, Scheduling Order, Scheduling Notice and Order of Court, Order for Mandatory Pretrial Hearing, Civil Non Domestic Case Information Sheet, and Plaintiff's First Set of Document Requests to Defendant Charles Sims, filed in the Circuit Court are attached hereto as **Exhibits A, B, C, D, E, F, G, H, and I respectively.**

9.     Defendant will file and serve its responsive pleadings to the Complaint as required by the Federal Rules.

10.     A true and correct copy of the Notice of Filing of Removal, which has been filed contemporaneously in the Maryland Circuit Court Action, is attached hereto as **Exhibit J.**

Respectfully Submitted,

*/s/ Justin S. Dunbar*

Justin S. Dunbar, Esq. (# 27699)
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
Tel.: (410) 783-6432
Fax: (410) 783-6483
jsdunbar@nilesbarton.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 17th day of October, 2025, a copy of this Notice of Removal to the United States District Court for the District of Maryland (Southern Division) was served via PACER and electronic mail upon the following counsel of record:

Samuel Elira, Esquire
5302 E. Court Drive
Upper Marlboro, Maryland 20774
Tel.: (301) 936-1418
sqelaw@gmail.com
*Counsel for Plaintiff*

*/s/ Justin S. Dunbar*

Justin S. Dunbar, Esq. (# 27699)

3