E-FILED: Montgomery Circuit Court
Docket: 7/29/2025 4:27 PM; Submission: 7/29/2025 4:27 PM
Envelope: 22262410



CIRCUIT COURT FOR MONTGOMERY COUNTY

**MARYLAND**

50 Maryland Avenue
Rockville, Maryland 20850

**To:** CHARLES M SIMS, ESQUIRE
411 EAST FRANKLIN STREET
SUITE 500
RICHMOND, VA 23219

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-25-003984** |
| **Other Reference Number(s):** |  |

**YOSEPH SEYOUM VS. CHARLES M SIMS, ESQUIRE, ET AL.**

Issue Date: 7/29/2025
Expiration Date: 09/27/2025

## WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a <u>written</u> response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Seyoum, Yoseph
1900 Lyttonsville Road Unit 306
Silver Spring, MD 20910

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at www.barmont.org or by calling (301) 279-9100.

*Karen A. Bushell*

Karen A. Bushell
Clerk of the Circuit Court

NOTE:

1. This summons is effective only if served within 60 days after the date issued. If it is not served within the 60 days, the moving party must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).
5. Service of the Summons CANNOT be made by the moving party.

**MOCC-FPV-001 (Rev. 06/2025)**     **Page 1 of 3**

EXHIBIT
A

07/29/2025 2:08 PM

Yoseph Seyoum vs. Charles M Sims, Esquire, et al     Case Number: C-15-CV-25-003984

Case 8:25-cv-03446-AAQ     Document 1-2     Filed 10/17/25     Page 2 of 3

## RETURN

☐ Served _____ on _____ at _____
               Whom                            Date                 City/State/Country

☐ Summons and    ☐ Show Cause Order and    ☐ Complaint/Petition/Motion Served

☐ Unserved _____ _____
               Date                                   Reason

_____ ☐ Sheriff
Signature

Yoseph Seyoum vs. Charles M Sims, Esquire, et al.     Case Number: C-15-CV-25-003984

Case 8:25-cv-03446-AAQ     Document 1-2     Filed 10/17/25     Page 3 of 3