| | | |
|---|---|---|
| **YOSEPH SEYOUM** | * | **IN THE** |
| *Plaintiff,* | * | **CIRCUIT COURT** |
| **v.** | * | **FOR** |
| **CHARLES M. SIMS, ESQUIRE, et al.** | * | **MONTGOMERY COUNTY** |
| | * | **Case No.: C-15-CV-25-003984** |
| *Defendant.* | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF REMOVAL OF ACTION

In compliance with 28 U.S.C. § 1446(d), you are hereby notified that the Defendants Charles M. Sims, Esquire and O'Hagan Meyer, PLLC, by and through undersigned counsel, and pursuant to 28 U.S.C. § 1332, filed a Notice of Removal of the captioned case to the United States District Court for the District of Maryland. A true and correct copy of the Notice of Removal is attached as **Exhibit A**.

Respectfully Submitted,

*/s/ Justin S. Dunbar*
Justin S. Dunbar (CPF# 0312160190)
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
Tel.: (410) 783-6432
Fax: (410) 783-6483
jsdunbar@nilesbarton.com
*Counsel for Defendants Charles M. Sims, Esquire and O'Hagan Meyer, PLLC*

**EXHIBIT**

**J**

## MD. RULE 20-201 CERTIFICATION

I HEREBY CERTIFY that the submission does not contain any restricted information or, if it does contain restricted information, a redacted submission has been filed contemporaneously pursuant to subsection (h) of this Rule

/s/ Justin S. Dunbar
Justin S. Dunbar (CPF# 0312160190)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October, 2025, a copy of this Notice of Filing of Removal was served via MDEC on the following counsel of record:

Samuel Elira, Esquire (CPF# 189060001)
5302 E. Court Drive
Upper Marlboro, Maryland 20772
Tel.: (301) 936-1418
sqelaw@gmail.com
*Counsel for Plaintiff*

/s/ Justin S. Dunbar
Justin S. Dunbar (CPF# 0312160190)