## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
### (SOUTHERN DIVISION)

| | | |
|---|---|---|
| **YOSEPH SEYOUM** | * | |
| 1900 Lyttonsville Road, #306 | | |
| Silver Spring, Maryland 20910 | * | |
| | | |
| *Plaintiff,* | * | |
| | | |
| **v.** | * | **Case No.:** _____ |
| | | |
| **CHARLES M. SIMS, ESQUIRE** | * | |
| 12407 North Crossing Drive | | |
| Manakin Sabot, Virginia 23103 | * | |
| | | |
| and | * | |
| | | |
| **O'HAGAN MEYER PLLC** | * | |
| 411 East Franklin Street, Suite 500 | | |
| Richmond, Virginia 23219 | * | |
| | | |
| *Defendants.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT'S CERTIFICATION OF FILING OF STATE COURT DOCUMENTS

Pursuant to Local Rule 103.5(a), Defendants, Charles M. Sims, Esquire and O'Hagan Meyer, PLLC, by and through undersigned counsel, states that true and legible copies of all documents on file in the Maryland State Court action are attached to be filed in the United States District Court for the District of Maryland, Southern Division, in the above-captioned lawsuit.

Respectfully Submitted,

/s/ Justin S. Dunbar
Justin S. Dunbar, Esq. (# 27699)
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
Tel.: (410) 783-6432
Fax: (410) 783-6483
jsdunbar@nilesbarton.com
*Counsel for Defendants Charles M. Sims and
O'Hagan Meyer, PLLC*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 17th day of October, 2025, a copy of this Certification of Filing of State Court Documents was served via PACER and electronic mail on the following counsel of record:

Samuel Elira, Esquire (CPF# 189060001)
5302 E. Court Drive
Upper Marlboro, Maryland 20772
Tel.: (301) 936-1418
sqelaw@gmail.com
*Counsel for Plaintiff*

/s/ Justin S. Dunbar
Justin S. Dunbar, Esq. (# 27699)

2