

**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland  20850

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-25-003984** |
| **Other Reference Number(s):** |  |

**YOSEPH SEYOUM VS. CHARLES M SIMS, ESQUIRE, ET AL.**

Date: 7/29/2025

## SCHEDULING ORDER – TRACK 3
## COMPLAINT FILED ON 07/25/2025

THIS ORDER IS YOUR OFFICIAL NOTICE OF CASE DEADLINES AND HEARINGS REQUIRING APPEARANCES.  FAILURE TO APPEAR AT HEARINGS OR COMPLY WITH ALL REQUIREMENTS MAY RESULT IN DISMISSAL, DEFAULT JUDGMENT, EXCLUSION OF WITNESSES AND/OR EXHIBITS, ASSESSMENTS OF COSTS AND EXPENSES, INCLUDING ATTORNEY FEES, OR OTHER SANCTIONS.

| EVENT:  [ATTENDANCE REQUIRED AT EVENTS] | DEADLINE: |
|---|---|
| *DEADLINE: PLT EXPERTS IDENTIFIED* | October 23, 2025 |
| *DEADLINE: MOTION FOR ALTERNATIVE SERVICE FILED* | November 24, 2025 |
| *DEADLINE: DEF EXPERTS IDENTIFIED* | December 22, 2025 |
| *DEADLINE: ALL WRITTEN DISCOVERY SERVED BY* | February 20, 2026 |
| *DEADLINE: DISCOVERY COMPLETED* | April 06, 2026 |
| *DEADLINE: ADD'L PARTIES JOINDER* | April 14, 2026 |
| MEETING OF ALL COUNSEL, Time and place to be determined PLUS DEADLINES: | April 21, 2026 |
| *DEADLINE: DISPOSITIVE MOTIONS FILED* | April 21, 2026 |
| *DEADLINE: JOINT PRETRIAL STATEMENT FILED* | April 21, 2026 |
| *DEADLINE: RULE 2-504.3(B) NOTICE* | April 21, 2026 |
| *DEADLINE: ADR DEADLINE* | April 27, 2026 |
| PRETRIAL HEARING ATTENDANCE REQUIRED | May 21, 2026 at 1:30 PM |
| *DEADLINE: PLEADING AMENDMENT TO BE DETERMINED AT PRETRIAL.* | |
| *DEADLINE: VOIR DIRE, JURY INSTRUCTIONS AND VERDICT SHEET DUE 20 DAYS BEFORE TRIAL DATE* | |

**TRIAL COUNSEL SHALL APPEAR** AT THE PRETRIAL HEARING.  MOTIONS FILED IN CIVIL TRACK 3 ACTIONS SHALL NOT EXCEED 15 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION/REPLY MOTIONS SHALL NOT EXCEED 10 PAGES WITHOUT LEAVE OF THE COURT. IDENTIFICATION OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS GOVERNED BY RULES 2-211, 2-331, 2-332 and 2-341.
THE **TRIAL DATE** SHALL BE SET AT THE PRETRIAL HEARING BETWEEN THE DATES NOTED BELOW. COUNSEL ARE ENCOURAGED TO CLEAR DATES WITH ONE ANOTHER AND THE ASSIGNMENT OFFICE PRIOR TO THE CASE BEING CALLED.

**Trial Date Between:**  **June 08, 2026**  and  **September 14, 2026**

**ANY MODIFICATIONS OF THIS SCHEDULING ORDER MUST BE REQUESTED BY WRITTEN MOTION FILED IN ADANCE OF THE DEADLINES OR HEARING DATES SOUGHT TO BE MODIFIED, PROVIDING GOOD CAUSE TO JUSTIFY ANY MODIFICATION THEREOF.**

**EXHIBIT E**

Yoseph Seyoum vs. Charles M Sims, Esquire, et al.

Case Number: C-15-CV-25-003984

Other Reference Number(s):

Case 8:25-cv-03446-AAQ    Document 3-5    Filed 10/17/25    Page 2 of 2

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility.  The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

_7/29/2025_

Date

_____

Administrative Judge

* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

CC:    Yoseph Seyoum

       Charles M Sims, Esquire

       Yoseph Seyoum