**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | |
|---|---|
| **YOSEPH SEYOUM** | * |
| 1900 Lyttonsville Road, #306 | |
| Silver Spring, Maryland 20910 | * |
| | |
| *Plaintiff,* | * |
| | |
| **v.** | *  Case No.: 8:25-CV-03446-TDC |
| | |
| **CHARLES M. SIMS, ESQUIRE** | * |
| 12407 North Crossing Drive | |
| Manakin Sabot, Virginia 23103 | * |
| | |
| and | * |
| | |
| **O'HAGAN MEYER PLLC** | * |
| 411 East Franklin Street, Suite 500 | |
| Richmond, Virginia 23219 | * |
| | |
| *Defendants.* | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**O'HAGAN MEYER PLLC**
**DISCLOSURE OF CORPORATE INTERESTS**

Defendant, O'Hagan Meyer PLLC, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3, hereby submits the following disclosure of corporate affiliation:

1.    Defendant, O'Hagan Meyer, PLLC does not have any subsidiaries or other affiliated entities.

2.    O'Hagan Meyer, PLLC is a non-governmental company, it does not have any parent corporation(s), and no publicly held corporation owns ten percent (10%) or more of its stock. A supplemental disclosure statement will be filed upon any change in this information.

3.    The Harford Insurance Company has a financial interest in the outcome of the litigation.

Respectfully Submitted,


*/s/ Justin S. Dunbar*
Justin S. Dunbar, Esq. (# 27699)
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
Tel.: (410) 783-6432
Fax: (410) 783-6483
jsdunbar@nilesbarton.com
*Counsel for Defendants Charles M. Sims, Esquire*
*and O'Hagan Meyer, PLLC*


## CERTIFICATE OF SERVICE

I CERTIFY that on this 21st  day of October, 2025, a copy of this Disclosure of Corporate

Interest was served via PACER and electronic mail on the following counsel of record:

Samuel Elira, Esquire (CPF# 189060001)
5302 E. Court Drive
Upper Marlboro, Maryland 20772
Tel.: (301) 936-1418
sqelaw@gmail.com
*Counsel for Plaintiff*


*/s/ Justin S. Dunbar*
Justin S. Dunbar, Esq. (# 27699)

2