UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

YOSEPH SEYOUM                           *

    *Plaintiff,*                          *

v.                                      *       **Case No.: 8:25-cv-03446-TDC**

CHARLES M. SIMS and                     *
O'HAGAN MEYER PLLC,
                                        *
    *Defendants.*

    *  *  *  *  *  *  *  *  *  *  *  *

## DEFENDANTS, CHARLES M. SIMS AND O'HAGAN MEYER PLLC'S STATEMENT CONCERNING REMOVAL

COME NOW Defendants, Charles M. Sims and O'Hagan Meyer PLLC, by and through their undersigned counsel, and file this Statement Concerning Removal pursuant to this Court's Order of April 24, 2024, and in support thereof, states as follows:

1.  The Defendants were served with a copy of the Complaint on September 19, 2025.

2.  This action is predicated on diversity jurisdiction.  Defendant O'Hagan Meyer, PLLC is a Virginia professional limited liability company with offices located in Virginia.  Defendant Sims is an attorney employed by Defendant O'Hagan Meyer. He is a resident of Virginia.  O'Hagan Meyer is a Virginia professional limited liability company.  Its members are citizens of Virginia.

3.  This removal does not take place more than thirty (30) days after any defendant was first served with a copy of complaint.

4.  The action in state court from which this removal arises did not commence more than one year before the date of removal.

5.  There are no Defendants who were served in the state court action prior to the time of the removal who have not joined the notice of removal.

6.  All parties to this action received electric notification of the filing of this Court's April 24, 2024, Order.

7.  The removing Defendants have filed with this Court a disclosure statement described in Local Rule 103.3.

Respectfully Submitted,

*/s/ Justin S. Dunbar*
Justin S. Dunbar, Esq. (# 27699)
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
Tel.: (410) 783-6432
Fax: (410) 783-6483
jsdunbar@nilesbarton.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 31st day of October, 2025, a copy of this Statement Concerning Removal to the United States District Court for the District of Maryland (Southern Division) was electronically filed via PACER on:

Samuel Elira, Esquire
5302 E. Court Drive
Upper Marlboro, Maryland 20774
Tel.: (301) 936-1418
sqelaw@gmail.com
*Counsel for Plaintiff*

*/s/ Justin S. Dunbar*
Justin S. Dunbar, Esq. (# 27699)