**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

YOSEPH SEYOUM,

    Plaintiff,

    v.

CHARLES M SIMS and
O'HAGAN MEYER PLLC,

    Defendants.

Civil Action No. 25-3446-TDC

**ORDER**

Based on the consent of the parties as stated during the November 10, 2025 Case Management Conference, it is hereby ORDERED that this case is transferred to a United States Magistrate Judge for all further proceedings on the merits.

Date: November 10, 2025

THEODORE D. CHUANG
United States District Judge