**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |  |
|---|---|---|---|
| Yoseph Seyoum | | * | |
| | Plaintiff(s) | * | |
| | | * | |
| | | * | |
| vs. | | * | Case No.: 8:25−cv−03446−AAQ |
| | | * | |
| Charles M. Sims, et al. | | * | |
| | Defendant(s) | * | |
| | | * | |
| | | ***** | |

---

**ORDER REGARDING REFERRAL BY CONSENT OF THE PARTIES**

The above case has been referred to the Honorable Ajmel A. Quereshi with the consent of the parties for all proceedings including entry of a final judgment. If you have not already done so, within fourteen days you must file a General Consent To Proceed Before a United States Magistrate Judge.

This form is located at
http://www.mdd.uscourts.gov/sites/mdd/files/forms/ConsentMagistrateJudge.pdf

Date: November 12, 2025                    _____/s/_____
                                           The Honorable Theodore D. Chuang
                                           United States District Judge