**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**YOSEPH SEYOUM**

    **Plaintiff,**

    **v.**

**CHARLES M. SIMS,** *et al.*

    **Defendant.**

\* \* \* \* \*

**Case No.**   8:25-cv-03446-AAQ

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

11-25-2025

Date

_____
Signature of Party or Counsel

Justin S. Dunbar, Esquire (#27699)

Printed Name

Niles, Barton & Wilmer, LLP
111 S. Calvert St., Ste. 1400
Baltimore, MD 21202

Address

jsdunbar@nilesbarton.com

Email Address

(410) 783-6432

Telephone Number

(410) 783-6483

Fax Number

MagistrateGeneralConsentCV (06/2016)