## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Yoseph Seyoum

&ast;

**Plaintiff,**

&ast;

Case No. 8:25cv03446AAQ

**v.**

&ast;

Charles M. Sims, et al.

&ast;

**Defendant.**

&ast;

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

11/26/2025

Date

Signature of Party or Counsel

Samuel Q. Elira, Sr.

Printed Name

5302 E. Court Upper Marlboro MD 20772

Address

sqelaw@gmail.com

Email Address

(301) 936-1418

Telephone Number

(301) 218-9406 (Fax)

Fax Number

MagistrateGeneralConsentCV (06/2016)