UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| YOSEPH SEYOUM, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 25-3446-TDC |
| CHARLES M. SIMS, *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL

Dear Sir/Madam Clerk:

Please enter the appearance of Joshual B. Keyser, Esquire with Niles, Barton & Wilmer, LLP as additional counsel for Defendants, Charles M. Sims and O'Hagan Meyer PLLC.

Respectfully Submitted,

/s/ Joshua B. Keyser
Justin S. Dunbar, Esq. (# 27699)
Joshua B. Keyser (#31406)
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
Tel.: (410) 783-6465
Fax: (410) 783-6449
jsdunbar@nilesbarton.com
jbkeyser@nilesbarton.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of December 2025, a copy of the foregoing Entry of Appearance of Additional Counsel was filed electronically and served through PACER on all counsel of record.

/s/ *Joshua B. Keyser*
Joshua B. Keyser

4859-7695-0475, v. 1