# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## (SOUTHERN DIVISION)

| | |
|---|---|
| YOSEPH SEYOUM, | * |
| Plaintiff, | * |
| v. | * Case No.: 25-3446-TDC |
| CHARLES M. SIMS, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION FOR SANCTIONS FOR COMPLETE FAILURE OF DISCOVERY

COMES NOW, Defendants, O'Hagan Meyer PLLC and Charles M. Sims (collectively "Defendants"), through counsel, and file this Motion to Compel Discovery[1] and in support thereof state as follows:

1. This matter arises from Plaintiff Yoseph Seyoum's Complaint alleging assault, battery, and intentional infliction of emotional distress.

2. On or about December 22, 2025, Defendants served Plaintiff with Interrogatory Requests and Requests for Production of Documents. *See* **Exhibit A** – Email Service of Discovery.

3. Pursuant to Federal Rules of Civil Procedure Rules 33(b)(2) and 34(b)(2)(A), Plaintiff's discovery responses were due within 30 days of being served with the requests.

4. Plaintiff failed to respond to Defendants' discovery requests by January 21, 2026.

5. Plaintiff also failed to respond to Defendants' request to make Plaintiff available for deposition.

---

[1] Because no responses at all have been served by Plaintiff as to the discovery Defendant is seeking as sanctions in this motion, Local Rule 104.8 provides that this motion shall not be treated as a discovery motion.

6. On January 28, 2026, Defense Counsel contacted Plaintiff's Counsel by telephone to confer regarding their discovery dispute pursuant to Local Rule 104.7. By email, Plaintiff requested an extension until February 27, 2026 to respond to discovery requests and provide a deposition date, which Defendants granted. **Exhibit B**.

7. Thereafter, on March 2, 2026, following further email exchanges between Counsel, Plaintiff's Counsel advised that Plaintiff would provide the overdue discovery responses "by Thursday" which would have been March 6, 2026. **Exhibit C.**

8. Thereafter, on March 3, 2026, Plaintiff's Counsel served Plaintiff's discovery requests to Defense Counsel. **Exhibit D**.

9. As of the date of this filing, Plaintiff has yet to respond to any of Defendants' discovery requests.

10. As of the date of this filing, Defendant has fully complied with Plaintiff's discovery requests despite the late issuance of the requests a mere 10 days prior to the close of discovery. **Exhibit E.**

11. According to the Court's Scheduling Order, discovery in this matter is set to close on March 12, 2026.

12. As the discovery deadline is imminent, Plaintiff's failure to provide any response to Defendants' discovery requests has and will continue to prejudice Defendants in a manner that is irreparably harmful to its ability to prepare and put on a proper defense in this case.

13. At the time of this Motion and throughout the discovery period in this case, Defendants have attempted in good faith to obtain Plaintiff's discovery in accordance with the Court's Rules to no avail.

WHEREFORE, Defendants, O'Hagan Meyer PLLC and Charles M. Sims, respectfully request that this Honorable Court enter an Order for Sanctions against Plaintiff Yoseph Seyoum for the complete failure to provide discovery and to preclude Plaintiff Yoseph Seyoum from entering into evidence any testimony or document at trial not already in the record in this case.

Respectfully Submitted,

*/s/ Justin S. Dunbar*
Justin S. Dunbar, Esq. (# 27699)
Joshua B. Keyser, Esq. (#31406)
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
Tel.: (410) 783-6432
Fax: (410) 783-6483
jsdunbar@nilesbarton.com
jbkeyser@nilesbarton.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I CERTIFY that on March 11, 2026, copies of this Motion for Sanctions, Exhibits, and Proposed Order were served via PACER on all counsel of record:

Samuel Elira, Esquire
5302 E. Court Drive
Upper Marlboro, Maryland 20774
Tel.: (301) 936-1418
sqelaw@gmail.com
*Counsel for Plaintiff*

*/s/ Justin S. Dunbar*
Justin S. Dunbar, Esq. (# 27699)
