# EXHIBIT A

**From:** Justin S. Dunbar
**Sent:** Monday, December 22, 2025 4:59 PM
**To:** Patricia Peterson <ppetersoneliralaw@gmail.com>
**Cc:** Samuel Elira <sqelaw@gmail.com>; Takia Nelson <paralegal.eliralawfirm@gmail.com>; Jada Smith <eliralawfirmassistant@gmail.com>; Joshua B. Keyser <jbkeyser@nilesbarton.com>
**Subject:** RE: [EXTERNAL] Seyoum vs. Sims et al._26(f) Conference

Good afternoon,

Please find attached Interrogatories and Requests for Production of Documents on behalf of Defendants in this case.

Justin S. Dunbar, Esq., Partner
NILES·BARTON&WILMER LLP
*Trusted Legal Advisors Since 1838*

111 S. Calvert Street, Suite 1400
Baltimore, MD 21202
Office (410) 783-6432
Fax (410) 783-6483
jsdunbar@nilesbarton.com

*NOTICE: This message and any attachments may constitute a confidential attorney-client communication, protected attorney work-product, or other privileged or confidential information. It is intended only for the designated and intended recipient(s). It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error or are not an intended recipient, do not review, disseminate, distribute or copy it. Notify the sender by reply e-mail or by calling (410)783-6300, and delete it from your system. Thank you.*

---

**From:** Justin S. Dunbar
**Sent:** Friday, December 19, 2025 1:18 PM
**To:** 'Patricia Peterson' <ppetersoneliralaw@gmail.com>
**Cc:** Samuel Elira <sqelaw@gmail.com>; Takia Nelson <paralegal.eliralawfirm@gmail.com>; Jada Smith <eliralawfirmassistant@gmail.com>
**Subject:** RE: [EXTERNAL] Seyoum vs. Sims et al._26(f) Conference



Justin S. ▉▉▉▉▉, Esq., Partner
NILES·BARTON&WILMER LLP
*Trusted Legal Advisors Since 1838*

111 S. Calvert Street, Suite 1400
Baltimore, MD 21202
Office (410) 783-6432
Fax (410) 783-6483
jsdunbar@nilesbarton.com

*NOTICE: This message and any attachments may constitute a confidential attorney-client communication, protected attorney work-product, or other privileged or confidential information. It is intended only for the designated and intended recipient(s). It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error or are not an intended recipient, do not review, disseminate, distribute or copy it. Notify the sender by reply e-mail or by calling (410)783-6300, and delete it from your system. Thank you.*

---

**From:** Patricia Peterson <ppetersoneliralaw@gmail.com>
**Sent:** Wednesday, December 17, 2025 8:51 PM