# EXHIBIT B

# Stephanie L. Atkinson

**From:** Justin S. Dunbar
**Sent:** Wednesday, March 11, 2026 3:59 PM
**To:** Stephanie L. Atkinson
**Subject:** FW: [EXTERNAL] Seyoum v. Sims

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Justin S. Dunbar, Esq., Partner
NILES·BARTON&WILMER LLP
*Trusted Legal Advisors Since 1838*
111 S. Calvert Street, Suite 1400
Baltimore, MD 21202
Office (410) 783-6432
Fax (410) 783-6483
jsdunbar@nilesbarton.com

*NOTICE: This message and any attachments may constitute a confidential attorney-client communication, protected attorney work-product, or other privileged or confidential information. It is intended only for the designated and intended recipient(s). It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error or are not an intended recipient, do not review, disseminate, distribute or copy it. Notify the sender by reply e-mail or by calling (410)783-6300, and delete it from your system. Thank you.*

---

**From:** Justin S. Dunbar
**Sent:** Wednesday, March 11, 2026 10:44 AM
**To:** Joshua B. Keyser <jbkeyser@nilesbarton.com>
**Subject:** FW: [EXTERNAL] Seyoum v. Sims

Justin S. Dunbar, Esq., Partner
NILES·BARTON&WILMER LLP
*Trusted Legal Advisors Since 1838*
111 S. Calvert Street, Suite 1400
Baltimore, MD 21202
Office (410) 783-6432
Fax (410) 783-6483
jsdunbar@nilesbarton.com

*NOTICE: This message and any attachments may constitute a confidential attorney-client communication, protected attorney work-product, or other privileged or confidential information. It is intended only for the designated and intended recipient(s). It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error or are not an intended recipient, do not review, disseminate, distribute or copy it. Notify the sender by reply e-mail or by calling (410)783-6300, and delete it from your system. Thank you.*

---

**From:** Paralegal <paralegal.eliralawfirm@gmail.com>
**Sent:** Wednesday, January 28, 2026 4:15 PM

**To:** Justin S. Dunbar <jsdunbar@nilesbarton.com>; Samuel Elira <sqelaw@gmail.com>
**Subject:** [EXTERNAL] Seyoum v. Sims



Good Afternoon,
I am reaching out on behalf of our client Mr. Seyoum. We are requesting an extension to submit our answers to your discovery request. Our client has been dealing with a family emergency. We are requesting that we be given until 2/27/2026 to send over our answers to discovery,
Please let me know if you are in agreement with this.
Thank you,

Takia M. Nelson

Paralegal

The Elira Law Firm, LLC

3060 Mitchellville Rd, Suite 216

Bowie, MD 20716

The Bowie Building

5302 E. Court Drive

Upper Marlboro, MD 20772

E-Mail: paralegal.eliralawfirm@gmail.com

Website: www.theeliralawfirm.com

Instagram: theeliralawfirmllc

Facebook: theeliralawfirmllc

Facsimile: (301) 218-9406

Office: (301) 936.1418

*The Elira Law Firm, LLC is a multi-facetted law firm that specializes in Criminal, Complex Civil litigation, Landlord & Tenant, Estate Planning, Personal Injury, Family, and Business Law.*

Notice: This electronic mail transmission may constitute a privileged attorney-client communication and/or attorney work product. It is not intended for transmission to or receipt by any unauthorized persons. If you receive this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling (410)934-4926 so that our address record can be corrected.