# EXHIBIT C

# Stephanie L. Atkinson

| | |
|---|---|
| **From:** | Justin S. Dunbar |
| **Sent:** | Wednesday, March 11, 2026 4:00 PM |
| **To:** | Stephanie L. Atkinson |
| **Subject:** | FW: [EXTERNAL] Mediation - Seyoum v. Sims et al (8:25-cv-03446-AAQ) |

Justin S. Dunbar, Esq., Partner

111 S. Calvert Street, Suite 1400
Baltimore, MD 21202
Office (410) 783-6432
Fax (410) 783-6483
jsdunbar@nilesbarton.com

*NOTICE:  This message and any attachments may constitute a confidential attorney-client communication, protected attorney work-product, or other privileged or confidential information.  It is intended only for the designated and intended recipient(s).  It is not intended for transmission to, or receipt by, any unauthorized persons.  If you have received this communication in error or are not an intended recipient, do not review, disseminate, distribute or copy it.  Notify the sender by reply e-mail or by calling (410)783-6300, and delete it from your system.  Thank you.*

---

**From:** Justin S. Dunbar
**Sent:** Wednesday, March 11, 2026 10:51 AM
**To:** Joshua B. Keyser <jbkeyser@nilesbarton.com>
**Subject:** FW: [EXTERNAL] Mediation - Seyoum v. Sims et al (8:25-cv-03446-AAQ)


Justin S. Dunbar, Esq., Partner
111 S. Calvert Street, Suite 1400
Baltimore, MD 21202
Office (410) 783-6432
Fax (410) 783-6483
jsdunbar@nilesbarton.com

*NOTICE:  This message and any attachments may constitute a confidential attorney-client communication, protected attorney work-product, or other privileged or confidential information.  It is intended only for the designated and intended recipient(s).  It is not intended for transmission to, or receipt by, any unauthorized persons.  If you have received this communication in error or are not an intended recipient, do not review, disseminate, distribute or copy it.  Notify the sender by reply e-mail or by calling (410)783-6300, and delete it from your system.  Thank you.*

---

**From:** Patricia Peterson <ppetersoneliralaw@gmail.com>
**Sent:** Monday, March 2, 2026 11:48 PM

**To:** Justin S. Dunbar <jsdunbar@nilesbarton.com>
**Cc:** MDD_GLSChambers <MDD_GLSChambers@mdd.uscourts.gov>; Samuel Elira <sqelaw@gmail.com>; Joshua B. Keyser <jbkeyser@nilesbarton.com>; Derrick Pack <Derrick_Pack@mdd.uscourts.gov>; Jada Smith <eliralawfirmfrontdesk@gmail.com>; Law Intern <lawintern.eliralawfirm@gmail.com>; Elira Law Firm Paralegal <eliralawfirmparalegal@gmail.com>
**Subject:** Re: [EXTERNAL] Mediation - Seyoum v. Sims et al (8:25-cv-03446-AAQ)



This message needs your attention
- Some Recipients have never replied to this person.
- This is a personal email address.

Report or Mark Safe          Powered by Mimecast

Mr. Dunbar, we apologize for the delay in discovery. Our client's mother passed away and he was not local for some time. We did file a motion to extend time, and we will have your answers and our discovery request to you no later than Thursday. Our client is open to mediation, we will reach out to you tomorrow to discuss a possible joint statement and mutual dates.

On Mon, Mar 2, 2026 at 7:56 AM Justin S. Dunbar <jsdunbar@nilesbarton.com> wrote:

> Good morning,
>
> The Parties will file a joint status report with the Court, but I wanted to advise that no discovery has yet taken place.  According to Plaintiff's Counsel's office on January 28, 2026, in response to Defense Counsel's good faith discovery attempt, Plaintiff was unable to engage in discovery until February 27, 2026 due to a family emergency.  That date has come and gone without any response to Defendants' discovery requests.  Nor has Plaintiff pursued any discovery in this case.  Additionally, Plaintiff's settlement demand is $1,000,000 plus other non-economic requests.  This matter involves an allegation of assault and battery in open court in the Circuit Court for Montgomery County that allegedly witnessed by several people.  The alleged tortfeasor is Defendant Sims, Plaintiff's then opposing counsel in the underlying State Circuit Court matter. Defendant Sims adamantly denies these allegations and all witnesses noted in Plaintiff's Complaint support Defendant Sims account.  It is certain that a dispositive motion will be filed in this case.  At this time, given the complete lack of discovery, the witness accounts, and Plaintiff's exorbitant demand, it is Defendants position that mediation will not be fruitful.  Nevertheless, given the Court's Order for Mediation, Defendant will attend but requests a mediation date for after resolution of dispositive motions, which will be filed in late March.
>
> Justin S. Dunbar, Esq., Partner
>
> 
>
> 111 S. Calvert Street, Suite 1400
>
> Baltimore, MD 21202
> Office (410) 783-6432

Fax (410) 783-6483

jsdunbar@nilesbarton.com

*NOTICE: This message and any attachments may constitute a confidential attorney-client communication, protected attorney work-product, or other privileged or confidential information. It is intended only for the designated and intended recipient(s). It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error or are not an intended recipient, do not review, disseminate, distribute or copy it. Notify the sender by reply e-mail or by calling (410)783-6300, and delete it from your system. Thank you.*

---

**From:** Patricia Peterson <ppetersoneliralaw@gmail.com>
**Sent:** Saturday, February 28, 2026 11:45 AM
**To:** MDD_GLSChambers <MDD_GLSChambers@mdd.uscourts.gov>
**Cc:** Samuel Elira <sqelaw@gmail.com>; Justin S. Dunbar <jsdunbar@nilesbarton.com>; Joshua B. Keyser <jbkeyser@nilesbarton.com>; Derrick Pack <Derrick_Pack@mdd.uscourts.gov>; Jada Smith <eliralawfirmfrontdesk@gmail.com>; Law Intern <lawintern.eliralawfirm@gmail.com>; Elira Law Firm Paralegal <eliralawfirmparalegal@gmail.com>
**Subject:** [EXTERNAL] Mediation - Seyoum v. Sims et al (8:25-cv-03446-AAQ)

Mr. Pack,

We are in receipt of your email and will work with parties to send a joint status report as to our joint availability for a settlement conference.

Please confirm if you want dates in both April and May, or did you mean April or May? Please advise.

Thank you,

Patricia R. Peterson, Esq.

---------- Forwarded message ---------
From: **MDD_GLSChambers** <MDD_GLSChambers@mdd.uscourts.gov>
Date: Fri, Feb 27, 2026 at 4:49 PM
Subject: Mediation - Seyoum v. Sims et al (8:25-cv-03446-AAQ)
To: sqelaw@gmail.com <sqelaw@gmail.com>, jbkeyser@nilesbarton.com <jbkeyser@nilesbarton.com

>, jsdunbar@nilesbarton.com <jsdunbar@nilesbarton.com>
Cc: MDD_GLSChambers <MDD_GLSChambers@mdd.uscourts.gov>, Derrick Pack <Derrick_Pack@mdd.uscourts.gov>

Good afternoon, counsel:

As you know, this matter has been referred to Judge Simms for mediation. (ECF No. 18). On November 19, 2025, Judge Simms issued a paperless order directing the parties contact Chambers upon the completion of discovery to schedule a mediation date. (ECF No. 19).

At this time, Judge Simms asks that the parties provide a Joint Status Report as to their joint availability in April and May 2026 for a settlement conference.

Since March 2020, Judge Simms has conducted numerous virtual settlement conferences. These virtual settlement conferences occur via a video platform (Zoom for Government or "ZoomGov"), and have proven to be a very productive way to resolve cases. Judge Simms also conducts in-person settlement conferences, however, is <u>not</u> able to conduct hybrid settlement conferences. If a party requests an in-person settlement conference, you must advise Chambers <u>as soon as possible.</u> The parties must be unanimous as to whether the settlement conference will be held virtually or in person.

Note: each party's *ex parte* mediation submission/statement is due roughly <u>two weeks</u> before the settlement conference.

Please be sure to "reply all" when responding to this email. Upon confirmation, a Letter Order will issue providing more details.

Thank you.

**Derrick Pack, Jr. | Judicial Assistant**

**Chambers of the Honorable Gina L. Simms**

United States District Court for the District of Maryland - Southern Division

Chambers Phone: (301) 344-0627 | Direct Email: Derrick_Pack@mdd.uscourts.gov

--

Patricia R. Peterson, JD, MBA, Esquire

Attorney at The Elira Law Firm, LLC

The Bowie Building

5302 E. Court Drive

Upper Marlboro, MD 20774

3060 Mitchellville Rd, Suite 216

Bowie, MD 20716

E-Mail: PPetersonEliraLaw@gmail.com

Website: www.theeliralawfirm.com

Instagram: theeliralawfirmllc

Facebook: theeliralawfirmllc

Facsimile: (301) 218-9406

Office: (301) 936.1418 (O)

*The Elira Law Firm, LLC is a multi-facetted law firm that specializes in Criminal, Complex Civil litigation, Immigration, Landlord & Tenant, Estate Planning, Personal Injury, Family, and Business Law.*

Notice: This electronic mail transmission may constitute a privileged attorney-client communication and/or attorney work product. It is not intended for transmission to or receipt by any unauthorized persons. If you receive this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling (301) 936-1418 so that our address record can be corrected.