# EXHIBIT D

**From:** Law Intern <lawintern.eliralawfirm@gmail.com>
**Sent:** Tuesday, March 3, 2026 8:06 PM
**To:** Justin S. Dunbar <jsdunbar@nilesbarton.com>
**Cc:** Client Intake <intake.eliralawfirm@gmail.com>; Patricia Peterson <ppetersoneliralaw@gmail.com>; Elira Law Firm Paralegal <eliralawfirmparalegal@gmail.com>
**Subject:** [EXTERNAL] Request for Production of Documents and Interrogatories



This message needs your attention
- This is a personal email address.
- This is their first email to your company.

Report or Mark Safe — Powered by Mimecast

Dear Mr. Dunbar, Esq,

On behalf of our client, Youseph Seyoum, we are serving Plaintiff's First Set of Interrogatories and Request for Production of Documents. Please kindly reach back to us if you have any questions or concerns.

Kind regards,
Ayoola

--
--

Law Interns at The Elira Law Firm, LLC

3060 Mitchellville Rd, Suite 216

Bowie, MD 20716

The Bowie Building

5302 E. Court Drive

Upper Marlboro, MD 20774

E-Mail: sqelaw@gmail.com

Website: www.theeliralawfirm.com

Instagram: theeliralawfirmllc

Facebook: theeliralawfirmllc

Facsimile: (301) 218-9406

Office: (301) 936.1418

*The Elira Law Firm, LLC is a multi-facetted law firm that specializes in Criminal, Complex Civil litigation, Landlord & Tenant, Estate Planning, Personal Injury, Family, and Business Law.*

Notice: This electronic mail transmission may constitute a privileged attorney-client communication and/or attorney work product. It is not intended for transmission to or receipt by any unauthorized persons. If you receive this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling (410)934-4926 so that our address record can be corrected.