# **EXHIBIT E**

# Stephanie L. Atkinson

| | |
|---|---|
| **From:** | Justin S. Dunbar |
| **Sent:** | Wednesday, March 11, 2026 4:50 PM |
| **To:** | Stephanie L. Atkinson |
| **Subject:** | FW: Seyoum v. Sims, et al. |

▮

Justin S. Dunbar, Esq., Partner

111 S. Calvert Street, Suite 1400
Baltimore, MD 21202
Office (410) 783-6432
Fax (410) 783-6483
jsdunbar@nilesbarton.com

*NOTICE: This message and any attachments may constitute a confidential attorney-client communication, protected attorney work-product, or other privileged or confidential information. It is intended only for the designated and intended recipient(s). It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error or are not an intended recipient, do not review, disseminate, distribute or copy it. Notify the sender by reply e-mail or by calling (410)783-6300, and delete it from your system. Thank you.*

**From:** Justin S. Dunbar
**Sent:** Wednesday, March 11, 2026 3:29 PM
**To:** Law Intern <lawintern.eliralawfirm@gmail.com>; Patricia Peterson <ppetersoneliralaw@gmail.com>
**Cc:** Jada Smith <eliralawfirmfrontdesk@gmail.com>
**Subject:** FW: Seyoum v. Sims, et al.

▮

Justin S. Dunbar, Esq., Partner
111 S. Calvert Street, Suite 1400
Baltimore, MD 21202
Office (410) 783-6432
Fax (410) 783-6483
jsdunbar@nilesbarton.com

*NOTICE: This message and any attachments may constitute a confidential attorney-client communication, protected attorney work-product, or other privileged or confidential information. It is intended only for the designated and intended recipient(s). It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error or are not an intended recipient, do not review, disseminate, distribute or copy it. Notify the sender by reply e-mail or by calling (410)783-6300, and delete it from your system. Thank you.*

**From:** Justin S. Dunbar
**Sent:** Wednesday, March 11, 2026 2:47 PM
**To:** Mary F. Greenberg <mfgreenberg@nilesbarton.com>; sqelaw@gmail.com

**Cc:** Joshua B. Keyser <jbkeyser@nilesbarton.com>
**Subject:** RE: Seyoum v. Sims, et al.

Mr. Elira, please be advised that the link below contains Defendants' document production, executed Answers to Interrogatories, Response to Request for Production of Documents and a Certificate of Service. Thank you.

Justin S. Dunbar, Esq., Partner

**NILES·BARTON&WILMER LLP**
Trusted Legal Advisors Since 1838

111 S. Calvert Street, Suite 1400
Baltimore, MD 21202
Office (410) 783-6432
Fax (410) 783-6483
jsdunbar@nilesbarton.com

*NOTICE: This message and any attachments may constitute a confidential attorney-client communication, protected attorney work-product, or other privileged or confidential information. It is intended only for the designated and intended recipient(s). It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error or are not an intended recipient, do not review, disseminate, distribute or copy it. Notify the sender by reply e-mail or by calling (410)783-6300, and delete it from your system. Thank you.*

---

**From:** Mary F. Greenberg <mfgreenberg@nilesbarton.com>
**Sent:** Wednesday, March 11, 2026 2:16 PM
**To:** sqelaw@gmail.com
**Cc:** Justin S. Dunbar <jsdunbar@nilesbarton.com>; Joshua B. Keyser <jbkeyser@nilesbarton.com>
**Subject:** Seyoum v. Sims, et al.

Mr. Elira,

Below please find a ShareFile link to Defendant, Charles Sims' document production.

https://nilesbarton.sharefile.com/d-sb65e43a2c481487882c17887cdfe8961

Thank you,
Mary-

Mary F. Greenberg | Paralegal



111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
Direct: (410) 783-6387  |  Fax: (410) 783-6485
mfgreenberg@nilesbarton.com  |  www.nilesbarton.com

NOTICE: This message and any attachments may constitute a confidential attorney-client communication, protected attorney work-product, or other privileged or confidential information. It is intended only for the designated and intended recipient(s). It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error or are not an intended recipient, do not review, disseminate, distribute or copy it. Notify the sender by reply e-mail or by calling (410)783-6300, and delete it from your system. Thank you.