**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| **YOSEPH SEYOUM,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Case No.: 25-3446-TDC** |
| **CHARLES M. SIMS,** *et al.*, | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**ORDER**</u>

**UPON CONSIDERATION** of Defendants, Defendants, O'Hagan Meyer PLLC and Charles M. Sims, Motion for Sanctions for Complete Failure of Discovery, it is, on this _____ day of _____, 2026, hereby

**ORDERED** that Defendants' Motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED** that Plaintiff is hereby precluded from offering into evidence any testimony or document at trial not already in the record in this case.

_____
Ajmel A. Quereshi, U.S. Magistrate Judge
United States District Court for the District of Maryland