UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| YOSEPH SEYOUM, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 25-3446-TDC |
| CHARLES M. SIMS, *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**POST-DISCOVERY JOINT STATUS REPORT**

Per this Court's Scheduling Order entered on October 28, 2025, the parties jointly submit this Post-Discovery Joint Status Report, and state as follows:

1. Discovery has been completed and the discovery period closed on March 12, 2026.

2. Contemporaneous with this Joint Status Report, Defendant has filed a Motion for Sanctions for Plaintiff's Complete Failure of Discovery. However, Defendants received Plaintiff's discovery responses as of today's date, March 12, 2026, and will withdraw their Motion.

3. Defendants intend to file a dispositive pretrial motion, pursuant to the Court's Local Rules, Case Management Order, and Scheduling Order.

4. The case is to be a jury trial; the parties anticipate a 3 day trial.

5. The parties have held a telephonic conference to discuss settlement negotiations in December 2025; Defendant's position is that Plaintiff's settlement demand is exorbitant and unrealistic based on the facts, circumstances alleged and witness statements in this case and further settlement negotiations are premature prior to the resolution of dispositive pretrial motions. Plaintiff's position is that settlement is possible and discussions in this matter and would like to move forward with a continued efforts to reach a resolution in this matter.

6.       While at the initial case management conference, the parties consented to refer the matter to a Magistrate Judge for a mediation session following the discovery period, based on the facts and circumstances alleged and witness statements in this case that give rise to dispositive motions, it is Defendants' position that mediation is premature prior to the resolution of dispositive pretrial motion and object to same. It is the Plaintiff's position that mediation could be fruitful and help either resolve or narrow issues.

7.       The parties have consented for a United States Magistrate Judge to conduct all further proceedings on the merits, as reflected in the Court's Order of November 10, 2025 referring the case to a Magistrate Judge.

8.       No experts have been designated by any party. No extension of discovery deadlines is requested.

Respectfully submitted,

| | |
|---|---|
| */s/ Justin S. Dunbar* | */s/ Samuel S. Elira* |
| Justin S. Dunbar, Esq. (# 27699) | Samuel Elira, Esquire (# 22164) |
| Joshua B. Keyser, Esq. (#31406) | Patricia R. Peterson (2511201187) |
| NILES, BARTON & WILMER, LLP | 5302 E. Court Drive |
| 111 S. Calvert Street, Suite 1400 | Upper Marlboro, Maryland 20774 |
| Baltimore, Maryland 21202 | Tel.: (301) 936-1418 (Office) |
| Tel.: (410) 783-6432 | Fax: (301) 936- 1432 |
| Fax: (410) 783-6483 | Cell: (410) 934-4926 |
| jsdunbar@nilesbarton.com | sqelaw@gmail.com |
| jbkeyser@nilesbarton.com | ppetersoneliralaw@gmail.com |
| *Counsel for Defendants* | *Counsel for Plaintiff* |