**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| **YOSEPH SEYOUM,** | * | |
| *Plaintiff***,** | * | |
| v. | * | **Case No.: 25-3446-TDC** |
| **CHARLES M. SIMS, et al.,** | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS CHARLES M. SIMS AND O'HAGAN MEYER, PLLC'S MOTION FOR SUMMARY JUDGMENT

Defendants, Charles M. Sims and O'Hagan Meyer, PLLC (hereinafter "O'Hagan Meyer"), by their attorneys, Justin S. Dunbar, Joshua B. Keyser, and Niles, Barton & Wilmer, LLC, hereby moves for Summary Judgment pursuant to Fed. R. Civ. P. 56, and in support thereof, states as follows:

1. Plaintiff Seyoum's claims against Defendants are unsupported by admissible evidence and fail as a matter of law under Federal Rule of Civil Procedure 56.

2. Drawing all facts pled in the Plaintiffs' Complaint and all reasonable inferences therefrom in the Plaintiff's favor, Defendants are entitled to judgment as a matter of law as to each one of Plaintiff's claims contained in his Amended Complaint.

3. A Memorandum of Law in support of this Motion and proposed Order are attached hereto.

WHEREFORE, Defendants, Charles M. Sims and O'Hagan Meyer, PLLC, respectfully request this Honorable Court grant their Motion for Summary Judgment and deny the relief sought by Plaintiff, and grant such other and further relief as the Court deems appropriate.

*/s/ Justin S. Dunbar*

Justin S. Dunbar, Esq. (# 27699)
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
Tel.: (410) 783-6432
Fax: (410) 783-6483
jsdunbar@nilesbarton.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of April, 2026, a copy of the foregoing Motion for Summary Judgment was sent via PACER and electronic mail to:

Samuel Elira, Esquire
Patricia Peterson, Esquire
5302 E. Court Drive
Upper Marlboro, Maryland 20774
Tel.: (301) 936-1418
sqelaw@gmail.com
ppetersoneliralaw@gmail.com
*Counsel for Plaintiff*

*/s/ Justin S. Dunbar*

Justin S. Dunbar, Esq. (# 27699)
