YOSEPH SEYOUM,               *

    Plaintiff,              *

 v.                 *      Case No.: 25-3446-TDC

CHARLES M. SIMS, *et al.*,      *

    Defendants.          *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## AFFIDAVIT OF CHRISTOPHER HOGE

The undersigned hereby certifies as follows:

1. I am a competent individual over eighteen (18) years of age and able to testify as to the following.

2. I am an attorney whose practice includes representing plaintiffs in legal malpractice suits.

3. In or around 2021, Yoseph Seyoum approached me to represent him in a malpractice claim against Carlos John Rodriguez Salvado, an attorney who had represented Mr. Seyoum in a domestic violence protective order matter, 149779FL.

4. Mr. Seyoum was confident that Mr. Salvado had mismanaged the protective order case by failing to call Mr. Seyoum's previous attorney as a witness; he claimed to have relied upon her advice, and that Mr. Salvado's failure to offer her testimony had resulted in a protective order being issued against Mr. Seyoum.

5. I agreed to take Mr. Seyoum's case but declined to accept the representation on contingency, and quoted Mr. Seyoum an hourly fee.

<div style="border:1px solid black; display:inline-block; padding:8px; text-align:center">

**EXHIBIT**

**C**

</div>

6.      I represented Mr. Seyoum against Mr. Salvado and Salvado, Salvado & Salvado, PC in *Yoseph Seyoum v. Carlos J. R. Salvado, et al.*, 485861V, in the Circuit Court for Montgomery County, Maryland.

7.      I became concerned about Mr. Seyoum's judgment as the matter proceeded.

8.      At trial, Mr. Seyoum's previous counsel did not testify as he believed she would, and the jury found in Mr. Salvado's favor.

9.      Following the case's conclusion, Mr. Seyoum refused to pay my outstanding legal fees.

10.     I engaged Bradley Canter to represent my firm in collecting Mr. Seyoum's outstanding fees, who filed *Crowley, Hoge & Fein, P.C v. Yoseph Seyoum*, C-15-CV-22-004124; Mr. Seyoum filed a counterclaim alleging, among other things, legal malpractice.

11.     I engaged Charles Sims as defense counsel for Mr. Seyoum's counterclaim.

12.     At some point during the trial of that case, I recall that Mr. Seyoum got in Mr. Sims' face demanding a document of some kind.

13.     Mr. Sims responded that he was not entitled to it and said words to the effect of "get out of my face."

14.     In response, Mr. Seyoum said something to the effect of "look, everyone, Mr. Sims is assaulting me."

15.     I did not see Mr. Sims touch Mr. Seyoum in any way.

16.     I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

<span style="display:block;text-align:center">*Christopher Hoge*</span>
<span style="display:block;text-align:center">Christopher Hoge (Mar 12, 2026 10:15:28 EDT)</span>
<span style="display:block;text-align:center">CHRISTOPHER HOGE</span>

# Affidavit - Christopher Hoge 4930-4903-9511 v.1

Final Audit Report                                    2026-03-12

| | |
|---|---|
| Created: | 2026-03-12 |
| By: | Joshua Keyser (jbkeyser@nilesbarton.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAgMA7PBCO4OVAQnnJ7KGevjY4TCvGqWyf |

## "Affidavit - Christopher Hoge 4930-4903-9511 v.1" History

Document created by Joshua Keyser (jbkeyser@nilesbarton.com)
2026-03-12 - 1:45:46 PM GMT

Document emailed to Christopher Hoge (cgh@chf-law.com) for signature
2026-03-12 - 1:45:49 PM GMT

Email viewed by Christopher Hoge (cgh@chf-law.com)
2026-03-12 - 2:13:06 PM GMT

Document e-signed by Christopher Hoge (cgh@chf-law.com)
Signature Date: 2026-03-12 - 2:15:28 PM GMT - Time Source: server

Agreement completed.
2026-03-12 - 2:15:28 PM GMT

Adobe Acrobat Sign