# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## (SOUTHERN DIVISION)

YOSEPH SEYOUM,                                 *

     Plaintiff,                           *

  v.                                 *        Case No.: 25-3446-TDC

CHARLES M. SIMS, *et al.*,            *

     Defendants.                      *

*    *    *    *    *    *    *    *    *    *    *    *    *    *

## AFFIDAVIT OF MARGARET WHEELER

The undersigned hereby certifies as follows:

1. I am a competent individual over eighteen (18) years of age and able to testify as to the following.

2. I am employed as a Litigation Paralegal at O'Hagan Meyer PLLC.

3. I was part of the litigation team representing Crowley, Hoge & Fein, P.C. in *Crowley, Hoge & Fein, P.C v. Yoseph Seyoum*, C-15-CV-22-004124, during a five-day jury trial held between July 22 and 26, 2024, in the Circuit Court for Montgomery County, Maryland.

4. On the morning of July 23, 2024, the second day of the trial, Charles Sims and I were setting up for trial. Mr. Sims was sitting at the counsel table preparing for the day.

5. There were several members of the court staff present in the courtroom at the time.

6. Yoseph Seyoum approached the table and asked Mr. Sims for a copy of the PowerPoint accompanying the opening statement the previous day. Mr. Sims declined.

7. Mr. Seyoum appeared to be upset, and he turned and walked back to his table.

8. Shortly thereafter, Mr. Sims stood to continue setting up his things for the day. His back was to Mr. Seyoum.

EXHIBIT

D

9. Mr. Seyoum approached Mr. Sims again and demanded a copy of the PowerPoint presentation again. Mr. Sims turned around to face him.

10. Mr. Seyoum started running backwards and throwing his hands up while theatrically yelling "Mr. Sims! Mr. Sims!" repeatedly.

11. Mr. Sims did not respond.

12. At no point did Mr. Sims and Mr. Seyoum make physical contact of any kind.

13. Later in the trial, on either July 24 or 25, 2024, I was located outside of the courtroom in the courthouse lobby, after the trial had concluded for the day. I was in a huddle conversing with Mr. Sims, Christopher Hoge, Bradley Canter, and Michael Thomas.

14. Several bystanders, including Sheriff's deputies, were present in the lobby at the time of the conversation.

15. Mr. Seyoum approached the group and again demanded that Mr. Sims provide him a copy of the PowerPoint presentation. Mr. Sims refused again.

16. Mr. Seyoum was unhappy with Mr. Sims' refusal and continued to badger Mr. Sims. Mr. Sims stepped out of the group to speak to Mr. Seyoum; he was standing a distance of at least two to three people away.

17. Mr. Sims once again refused to provide a copy of the PowerPoint. Mr. Sims spoke firmly but did not threaten Mr. Seyoum in any way whatsoever.

18. Michael Thomas placed himself between Mr. Sims and Mr. Seyoum.

19. At no point did anyone make physical contact.

20. No one else in the lobby, including the Sheriff's deputies, appeared to notice the conversation at all.

21.     I do solemnly declare and affirm under the penalties of perjury that the matters and

facts set forth herein are true to the best of my knowledge, information and belief.


_Margaret Wheeler_
_____
MARGARET WHEELER

# Affidavit - Margaret Wheeler 4912-1901-1991 v.1

Final Audit Report                                    2026-03-12

| | |
|---|---|
| Created: | 2026-03-12 |
| By: | Joshua Keyser (jbkeyser@nilesbarton.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAYevJZBd5BBb2P1TF2GJHabs7RSpgrioj |

## "Affidavit - Margaret Wheeler 4912-1901-1991 v.1" History

Document created by Joshua Keyser (jbkeyser@nilesbarton.com)
2026-03-12 - 1:41:17 PM GMT

Document emailed to Margaret Wheeler (mwheeler@ohaganmeyer.com) for signature
2026-03-12 - 1:41:21 PM GMT

Email viewed by Margaret Wheeler (mwheeler@ohaganmeyer.com)
2026-03-12 - 2:31:07 PM GMT

Document e-signed by Margaret Wheeler (mwheeler@ohaganmeyer.com)
Signature Date: 2026-03-12 - 2:38:07 PM GMT - Time Source: server

Agreement completed.
2026-03-12 - 2:38:07 PM GMT

Adobe Acrobat Sign