YOSEPH SEYOUM,        *

     Plaintiff,           *

  v.                  *       **Case No.: 25-3446-TDC**

CHARLES M. SIMS, *et al.*,      *

     Defendants.        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF MICHAEL THOMAS

The undersigned hereby certifies as follows:

1. I am a competent individual over eighteen (18) years of age and able to testify as to the following.

2. I am an attorney who was previously employed as an Associate at O'Hagan Meyer.

3. I represented Christopher Hoge and his former law firm, Crowley, Hoge & Fein, P.C., in defense of counterclaims brought by Yoseph Seyoum, along with Charles Sims of O'Hagan Meyer, in *Crowley, Hoge & Fein, P.C v. Yoseph Seyoum*, C-15-CV-22-004124.

4. The case originated as a collections matter relating to Mr. Hoge's representation of Mr. Seyoum in a legal malpractice case Seyoum brought against a previous attorney who had defended him in a domestic violence protective order matter.

5. I attended the jury trial in the case in July 2024. I sat behind Mr. Sims and Mr. Hoge at counsel table throughout the entire proceedings.

6. I recall that Mr. Seyoum believed that Mr. Sims had been aggressive towards him at trial.

<div style="border:1px solid black; display:inline-block; padding:8px; text-align:center">

**EXHIBIT**

**F**

</div>

7.      I recall an instance during a court recess in chambers during the trial where Mr. Seyoum approached Mr. Sims. Mr. Sims was seated at counsel table and Mr. Seyoum was standing next to Mr. Sims' table. Mr. Seyoum said something to Mr. Sims, and Mr. Sims responded by saying "I know what you're doing" more than once. Mr. Sims did not get up from his seat while responding to Mr. Seyoum. Mr. Seyoum then returned to his seat.

8.      During trial, when Mr. Seyoum was testifying on cross examination, Mr. Sims had deliberately provoked Mr. Seyoum in a line of questioning about Seyoum's domestic violence protective order case to undermine Mr. Seyoum's credibility in testimony about de-escalating a situation with his ex-girlfriend. I recall Mr. Seyoum became agitated on the stand and Mr. Sims slightly raised his voice as he continued questioning.

9.      Later, I recall an occasion in the hallway outside the courtroom when Mr. Seyoum approached Mr. Sims and demanded something from him.

10.      Mr. Sims refused to back down on the disagreement; both he and Mr. Seyoum were emotional.

11.      I stood between them and faced Mr. Seyoum with my arms crossed until both he and Mr. Sims settled down.

12.      I did not restrain Mr. Sims or touch him. I also did not touch Mr. Seyoum. The two settled down quickly and both moved to opposite ends of the hallway until we were called back into court.

13.      Mr. Seyoum never seemed afraid of Mr. Sims at any point; they were both heated with each other and neither of them seemed afraid of the other.

14. I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

<u>*Michael Thomas*</u>
Michael Thomas (Mar 12, 2026 11:06:43 EDT)

MICHAEL THOMAS

# Affidavit - Michael Thomas 4908-4637-4295 v.1

Final Audit Report                                                      2026-03-12

| | |
|---|---|
| Created: | 2026-03-12 |
| By: | Joshua Keyser (jbkeyser@nilesbarton.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAu9m8kB1HBwqRKIyOVgax9dpbKa7HeDr |

## "Affidavit - Michael Thomas 4908-4637-4295 v.1" History

📄 Document created by Joshua Keyser (jbkeyser@nilesbarton.com)
2026-03-12 - 1:44:07 PM GMT

✉️ Document emailed to Michael Thomas (mthomas@eckertseamans.com) for signature
2026-03-12 - 1:44:11 PM GMT

📄 Email viewed by Michael Thomas (mthomas@eckertseamans.com)
2026-03-12 - 1:53:47 PM GMT

✍️ Document e-signed by Michael Thomas (mthomas@eckertseamans.com)
Signature Date: 2026-03-12 - 3:06:43 PM GMT - Time Source: server

✅ Agreement completed.
2026-03-12 - 3:06:43 PM GMT

![Adobe Acrobat Sign] Adobe Acrobat Sign