## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
### (SOUTHERN DIVISION)

YOSEPH SEYOUM,                 *

      Plaintiff,                 *

    v.                      *       **Case No.: 25-3446-TDC**

CHARLES M. SIMS, *et al.*,         *

      Defendants.              *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### AFFIDAVIT OF BRADLEY CANTER

The undersigned hereby certifies as follows:

1. I am a competent individual over eighteen (18) years of age and able to testify as to the following.

2. I am an attorney who was engaged by the law firm of Crowley, Hoge & Fein, P.C. ("CHF"), to file a lawsuit to collect unpaid legal fees and costs from Yoseph Seyoum in *Crowley, Hoge & Fein, P.C. v. Yoseph Seyoum*, in the Circuit Court for Montgomery County, Maryland, Case No. C-15-CV-22-004124, in or around 2022 (the "Underlying Case"). Mr. Christopher Hoge was my primary point of contact with CHF.

3. Mr. Seyoum countersued CHF (as well as Mr. Hoge, individual).

4. Mr. Seyoum had counsel during most of the Underlying Case. However, his attorney withdrew as counsel shortly before trial. Mr. Seyoum ended up proceeding *pro se* at trial.

5. Although I handled the collection claims in the Underlying Action, and Mr. Charles Sims was counsel for CHF and Mr. Hoge for the counterclaims, I regularly communicated with Mr. Sims regarding the case to coordinate our presentation of evidence and witness testimony at trial.

<div style="border:1px solid black; display:inline-block; padding:8px; text-align:center;">

**EXHIBIT**

**G**

</div>

6. During his opening statement, Mr. Sims used a PowerPoint presentation.

7. Mr. Seyoum objected to showing the jury the PowerPoint presentation during the opening statement asserting that he had not been provided with a copy; Mr. Sims' position was that he was not entitled to it. The trial court judge overruled Mr. Seyoum's objection.

8. Mr. Seyoum subsequently asked for a copy of the PowerPoint presentation at every break during the first day of trial.

9. Mr. Sims repeatedly refused and attempted to be nice to Mr. Seyoum about it at first.

10. During one of the breaks during trial when we were conferring with our client, I was standing in a circle outside the courtroom with Mr. Sims, Mr. Hoge, and Mr. Sims' associate, Michael Thomas.

11. Mr. Seyoum approached our discussion demanding the PowerPoint presentation again.

12. Mr. Sims said no, and words to the effect of "get away from us," more sternly than he had previously.

13. Mr. Thomas put his arm around Mr. Sims to draw him back into the circle and redirect any focus away from Mr. Seyoum.

14. During this entire encounter outside the courtroom, Mr. Seyoum and Mr. Sims were at least six to eight feet apart and did not get close to each other.

15. Mr. Seyoum continued to harp on his demand for the PowerPoint for the remainder of the trial. He even went so far as to file post-trial motions to compel the production of the PowerPoint. His motion was denied.

16. I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

<u>*Bradley Canter*</u>
Bradley Canter (Mar 12, 2026 09:51:29 EDT)

BRADLEY CANTER

# Affidavit - Bradley Canter 4934-0319-6055 v.1

Final Audit Report                                    2026-03-12

| | |
|---|---|
| Created: | 2026-03-12 |
| By: | Joshua Keyser (jbkeyser@nilesbarton.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA7dBVjXy_1ISHmN9zjNF_30YYZYy2OWFF |

## "Affidavit - Bradley Canter 4934-0319-6055 v.1" History

Document created by Joshua Keyser (jbkeyser@nilesbarton.com)
2026-03-12 - 1:46:54 PM GMT

Document emailed to Bradley Canter (bcanter@roncanterllc.com) for signature
2026-03-12 - 1:47:00 PM GMT

Email viewed by Bradley Canter (bcanter@roncanterllc.com)
2026-03-12 - 1:51:14 PM GMT

Document e-signed by Bradley Canter (bcanter@roncanterllc.com)
Signature Date: 2026-03-12 - 1:51:29 PM GMT - Time Source: server

Agreement completed.
2026-03-12 - 1:51:29 PM GMT

Adobe Acrobat Sign