**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| **YOSEPH SEYOUM,** | * | |
| *Plaintiff,* | * | |
| v. | * | **Case No.: 25-3446-TDC** |
| **CHARLES M. SIMS, et al.,** | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**ORDER OF COURT**</u>

**UPON CONSIDERATION** of Defendants, Charles M. Sims and O'Hagan Meyer, PLLC's, Motion for Summary Judgment, and any response thereto, it is, this _____ day of _____, 2026, hereby

**FOUND** that there are no disputes of material fact and the Defendants are entitled to judgment as a matter of law; and it is further

**ORDERED** that the Defendants' Motion be, and the same hereby is, **GRANTED;** and it is further

**ORDERED** that judgment as a matter of law be entered in favor of Defendants as to each of the Plaintiff's claims.

_____
The Honorable Ajmel A. Quereshi
United States Magistrate Judge