**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| **YOSEPH SEYOUM,** | * | |
| *Plaintiff***,** | * | |
| v. | * | **Case No.: 25-3446-TDC** |
| **CHARLES M. SIMS, et al.,** | * | |
| *Defendants.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR LEAVE TO WITHDRAW**
**APPEARANCE OF ADDITIONAL COUNSEL**

Pursuant to Local Rule 101(2)(b), Justin S. Dunbar, Esquire moves for leave to withdraw Joshua B. Keyser as additional counsel for Defendants.  The Defendants will continue to be represented by Mr. Dunbar. As such, the withdrawal of Mr. Keyser's appearance will not impact on the advancement and future scheduling of this matter.

**WHEREFORE,** for the reasons stated above, Defendants request that the Court grant this Motion for Leave to withdraw Mr. Keyser as additional counsel of record for the Defendants, and to strike his appearance.

Respectfully submitted,

*/s/ Justin S. Dunbar*
Justin S. Dunbar, Esq. (# 27699)
Niles Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD 21202
Tel: (410) 783-6300
Fax: (410) 783-6363
jsdunbar@nilesbarton.com
*Counsel for Defendants*

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 1st day of May, 2026, a copy of the foregoing Motion for Leave to Withdraw Appearance of Additional Counsel and proposed Order was sent via CM/ECF to:

Samuel Elira, Esquire
Patricia Peterson, Esquire
5302 E. Court Drive
Upper Marlboro, Maryland 20774
Tel.: (301) 936-1418
sqelaw@gmail.com
ppetersoneliralaw@gmail.com
*Counsel for Plaintiff*

*/s/ Justin S. Dunbar*
Justin S. Dunbar, Esq. (# 27699)

2