**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | |
|---|---|
| **YOSEPH SEYOUM,** | * |
| *Plaintiff*, | * |
| **v.** | *    **Case No.: 25-3446-TDC** |
| **CHARLES M. SIMS, et al.,** | * |
| *Defendants.* | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>ORDER</u>

UPON CONSIDERATION OF Defendants' Motion for Leave to Withdraw Appearance of Additional Counsel, and any Opposition thereto filed, it is on this ____ day of _____, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED, that the Motion be and is GRANTED, and it is further; and

ORDERED, that the appearance of Joshua B. Keyser is hereby STRICKEN.

_____
JUDGE

4909-2036-1895, v. 1

3