**Law Office**

**The Elira Law Firm, LLC**

NORTH OAK PROFESSIONAL PARK

3060 MITCHELLVILLE ROAD
SUITE 216
BOWIE, MD 20716
TELEPHONE: (301) 218-9405

THE BOWIE BUILDING
5302 E. COURT DRIVE
UPPER MARLBORO, MD 20772
TELEPHONE: (301) 936-1418
FAX: (301) 218-9406
PPETERSONELIRALAW@GMAIL.COM
SQELAW@GMAIL.COM

SAMUEL Q. ELIRA SR.

May 14, 2026

***Sent via Pacer and Filed with Court***
US District Court Maryland

Re: Pre Motion Notice
Yoseph Seyoum v. Charles M. Sims, et al.

Case No. 25-3446-TDC

## PRE-MOTION NOTICE

Plaintiff, Yoseph Seyoum by and through undersigned counsel, respectfully notifies the court of Plaintiff's intent to file a Motion to Extend Time, and requests a Pre-Motion Conference, to consider extending the discovery deadline by thirty (90) days. In support thereof, the parties state as follows:

The Case Management Order filed October 20, 2025, established the motions practice in this instant case, and requires that parties file a Notice of Intent to File a Motion. The scheduling order set a discovery deadline of March 12, 2026. The parties had been actively engaged in written discovery and have not schedule the depositions but had planned to have deposition in this instant case.

Despite diligent efforts, additional time is necessary to complete outstanding depositions. The delay occurred because the mother of the Plaintiff had passed away and the Plaintiff did not have an opportunity to depose Mr. Sims, Hodge, and Thomas, prior to the close of discovery.

These depositions are important as vague assertions have been made in the recent affidavits that would be best explored in a deposition. Good cause exists under Rule 16(b)(4) of the Federal Rules of Civil

Procedure to modify the Scheduling Order. This requested extension will not affect the trial date or other deadlines set by the Court.

WHEREFORE, the plaintiff respectfully request that the Court extend the discovery deadline from March 12, 2026, to June 12, 2026, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,
**THE ELIRA LAW FIRM, LLC**

/s/ Samuel Q. Elira Sr.
Samuel Q. Elira Sr., Esquire
Md Bar No.: 22164
5302 E. Court Drive
Upper Marlboro, MD 20774
Samelira@eliralawfirm.com
(301) 936-1418 (Office)
(301) 218-9406 (Fax)
(410) 934-4926 (Cell)
.