**L a w   O f f i c e**

**T h e   E l i r a   L a w   F i r m ,   L L C**

NORTH OAK PROFESSIONAL PARK

3060 MITCHELLVILLE ROAD
SUITE 216
BOWIE, MD 20716
TELEPHONE: (301) 218-9405

THE BOWIE BUILDING
5302 E. COURT DRIVE
UPPER MARLBORO, MD 20772
TELEPHONE: (301) 936-1418
FAX: (301) 218-9406
PPETERSONELIRALAW@GMAIL.COM
SQELAW@GMAIL.COM

SAMUEL Q. ELIRA SR.

May 26, 2026

***Sent via Pacer and Filed with Court***
US District Court Maryland

Re: Request for Pre-Motion Conference
Yoseph Seyoum v. Charles M. Sims, et al. Case No. 25-3446-TDC

<u>**REQUEST FOR PRE-MOTION CONFERENCE**</u>

Dear Judge:

Pursuant to the case management Order dated October 20, 2025, a telephonic pre-motion Conference should be scheduled with all parties upon receipt of a Pre-motion Notice. On or about May 21, 2026, Plaintiff filed a Pre-motion Notice requesting to reopen discovery. The Settlement Conference on this matter was held on 5/26/2026. While the parties appeared for a Settlement Conference on May 26, 2026, before Magistrate Judge Gina L. Simms, the proceeding was rescheduled to first address the pending request to extend the discovery deadline. The plaintiff respectfully requests that this Court schedule telephonic pre-motion Conference to address the need to extend discovery in this case.

Respectfully submitted,

**THE ELIRA LAW FIRM, LLC**

<u>/s/ Samuel Q. Elira Sr.</u>
Samuel Q. Elira Sr., Esquire
Md Bar No.: 22164
5302 E. Court Drive
Upper Marlboro, MD 20774
Sqelaw@gmail.com
(301) 936-1418 (Office)