**PhantomALERT.com**
Drivers Helping Drivers

**Joe Scott <joe.scott@phantomalert.com>**

## Re: 2023 MPIA 0013 -- Request for Courtroom Security Footage (Yoseph Seyoum v. Carlos Salvado et al.

**Joe Scott** <Joe.Scott@phantomalert.com>                                        Wed, Jan 22, 2025 at 5:47 PM
To: "Feldenzer, Christopher M." <Christopher.Feldenzer@montgomerycountymd.gov>

Dear Lt. Col. Christopher M. Feldenzer,

My name is Yoseph Seyoum, and I am a Pro Se Plaintiff/Counter Defendant in Circuit Court Case No. C-15-CV-22-004124. The case was set for a 5-day jury trial starting Monday, July 22, 2024, and was assigned to and heard by Judge Rubin in Courtroom 7, South Tower. The case is now on appeal with the Appellate Court of Maryland, Case No. ACM-REG-1435-2024.

I am writing to formally request a copy of the security camera footage for the dates of July 22–26, 2024, covering inside and outside Courtroom 7 in the South Tower. This footage is critical for my appeal.

**I filed the attached motion with the Circuit Court on December 9, 2024, requesting the same, but I have not received any response.** I kindly ask for your guidance on how to proceed to obtain the footage. Additionally, I request that you ensure the security camera footage is preserved to prevent its deletion while this matter is being addressed.

Thank you for your attention to this matter. I greatly appreciate your assistance.

Respectfully,


Yoseph Seyoum

(Attachment: Motion filed on December 9, 2024)


On Mon, Jul 10, 2023 at 3:30 PM Feldenzer, Christopher M. <Christopher.Feldenzer@montgomerycountymd.gov> wrote:

> Dear Mr. Seyoum –
>
>
> This e-mail is a follow-up to our initial telephone conversation on June 26, 2023, and a subsequent voice mail message that I left for you on June 28, 2023. As I have noted in my June 26 voice mail message, the security camera video footage that you sought in your written request covering the trial in which you were the plaintiff, *Yoseph Seyoum v. Carlos Salvado et al.*, CSA-Reg-1007-2022 (Courtroom 8A), and that is currently on appeal, was no longer available at the time of your request. Typically, such security video footage is available for approximately six (6) months and, even assuming it is available for release under the Maryland Public Information Act, such requests are subject to indivdual approval by the presiding judge for the case and/or the Circuit Court Administrative Judge.
>
>
> If you have any further questions regarding this request, please contact the undersigned. Thank you.
>
>
> *Lt. Col. Christopher M. Feldenzer*
>
> *Assistant Sheriff*
>
> Montgomery County Sheriff's Office

EXHIBIT 2

50 Maryland Ave., Room 4226 North

Rockville, MD 20850

Office # (240) 777-7120   Cell # (410) 206-1464

<u>Christopher.Feldenzer@montgomerycountymd.gov</u>

*This communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system.*


*Metadata: This e-mail transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by any recipient.*



**For more helpful Cybersecurity Resources, visit: https://www.montgomerycountymd.gov/cybersecurity**


--
Joseph Seyoum |CEO | PhantomALERT INC. |Joe.Scott@PhantomALERT.com |
Direct: 703.975.8957 | Land: 800. 725. 8425 | www.PhantomALERT.com |


Now responding to the global call to action to stop Coronavirus Pandemic.

PhantomALERT's Coronavirus real-time reporting, tracking, viewing & mapping tool.


Please comment & share.

Free Demo Videos:

https://youtu.be/dj-idJPR_nw

https://youtu.be/k06IVSMNzTM?t=83


Please support PhantomALERT in


PhantomALERT v Apple, Inc.
https://www.openappmarketsact.org/

DOJ v Apple, Inc.

PhantomALERT Inc. Mail - Re: 2023 MPIA 0013 -- Request for Courtroom Security Footage (Yoseph Seyoum v. Carlos Salvado et al.

https://www.justice.gov/d9/2024-03/420763.pdf

'Even stronger' than imagined: DOJ's sweeping Apple lawsuit draws expert praise
https://www.theverge.com/2024/3/22/24109033/doj-apple-antitrust-lawsuit-legal-expert-praise

Our story. Part 1.
https://youtu.be/VUptyABtEVs?si=7ByJvl0gMKcrPbl6

Part 2.
https://youtu.be/NXy056OF_b8?si=3WrMMHQkdB8nVwhY

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

**Motion for Court Order Decemner 9 2024.pdf**
159K