**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| YOSEPH SEYOUM, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 25-3446-TDC |
| CHARLES M. SIMS, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF DISCOVERY**

I HEREBY CERTIFY that on this 19th day of March 2026, copies of the foregoing were electronically served via secured electronic mail to Plaintiff's counsel:

1. Defendant Charles M. Sims' Requests for Admission to Plaintiff Yoseph Seyoum; and

2. This Certificate of Discovery.

Respectfully submitted,

*/s/ Justin S. Dunbar*
Justin S. Dunbar, Esq. (# 27699)
Joshua B. Keyser, Esq. (#31406)
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
Tel.: (410) 783-6432
Fax: (410) 783-6483
jsdunbar@nilesbarton.com
jbkeyser@nilesbarton.com
*Counsel for Defendants*

EXHIBIT 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March 2026 a copy of Defendant's Certificate of Discovery was electronically served on:

Samuel Elira, Esquire
5302 E. Court Drive
Upper Marlboro, Maryland 20774
Tel.: (301) 936-1418
sqelaw@gmail.com
*Counsel for Plaintiff*

/s/ *Justin S. Dunbar*
Justin S. Dunbar, Esq. (# 27699)