## Justin S. Dunbar

| | |
|---|---|
| **From:** | Joshua B. Keyser |
| **Sent:** | Thursday, March 19, 2026 5:20 PM |
| **To:** | sqelaw@gmail.com |
| **Cc:** | Justin S. Dunbar; Mary F. Greenberg |
| **Subject:** | Seyoum v. Sims, et al. - Requests for Admission |
| **Attachments:** | Requests for Admission to Plaintiff Seyoum from Defendant Sims.pdf; COS - Requests for Admission to Plaintiff Seyoum from Defendant Sims.pdf |

| | |
|---|---|
| **Categories:** | ND: Filed |

Mr. Elira,

Please find attached Defendant Charles Sims' Requests for Admission to Plaintiff.

Best,
Josh Keyser

Joshua B. Keyser, Esq. | Associate Attorney

NILES·BARTON&WILMER LLP
Trusted Legal Advisors Since 1838

**Niles, Barton & Wilmer, LLP**
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
Direct: (410) 783-6465  |  Fax: (410) 783-6449
jbkeyser@nilesbarton.com  |  www.nilesbarton.com
**Admitted to practice in Maryland, Virginia, and the District of Columbia**

NOTICE:  This message and any attachments may constitute a confidential attorney-client communication, protected attorney work-product, or other privileged or confidential information.  It is intended only for the designated and intended recipient(s).  It is not intended for transmission to, or receipt by, any unauthorized persons.  If you have received this communication in error or are not an intended recipient, do not review, disseminate, distribute or copy it.  Notify the sender by reply e-mail or by calling (410)783-6300, and delete it from your system.  Thank you.

1

EXHIBIT 4