**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| _____ | ) | |
| **YOSEPH SEYOUM,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 25-3446-TDC |
| | ) | |
| **CHARLES M. SIMS, et al.** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**COUNSEL FOR PLAINTIFF'S**
**LEAVE TO WITHDRAW APPEARANCE**

Counsel for **Yoseph Seyoum**, Samuel Q. Elira Sr., Esquire, and **THE ELIRA LAW FIRM, LLC**, pursuant to Local Rule 101(2) hereby move this Court for leave to withdraw the appearance of Mr. Elira and THE ELIRA LAW from this case. In support thereof, counsel states the following:

1.      After lengthy discussions with Mr. Seyoum, on May 29, 2026, counsel for Mr. Seyoum gave notice to Mr. Seyoum via email (joe.scott@phantonalert.com) of counsel's intention to withdraw his appearance and the appearance of the Elira Law Firm, LLC, from this matter.

2.      Again, on June 17, 2026, Mr. Seyoum and Mr. Elira held another in-person meeting at the offices of the Elira Law Firm after which Mr. Seyoum demanded that Mr. Elira and the Elira Law Firm withdraw their appearance from this case.

3.     United States District Court District of Maryland Local Rule 101(2)(a) provides in pertinent part that "[i]n the case of an individual, appearance of counsel may be withdrawn only with leave of court and if . . . withdrawing counsel files a certificate stating (a) the name and last known address of the client, and (b) that a written notice has been mailed to or otherwise served upon the client at least seven (7) days previously advising the client of counsel's proposed withdrawal and notifying the client either to have new counsel enter an appearance or to advise the Clerk that the client will be proceeding without counsel."

4.     On June 18, 2026, Mr. Elira and the Elira Law Firm gave the required Notice of Withdrawal Pursuant to US District Court of Maryland. Attached to this motion is the required certification under the Rule.

5.     Furthermore, the plaintiff, Mr. Seyoum, has requested that Mr. Elira and the Elira Law Firm **voluntarily dismiss** the instant case. Mr. Elira and the Elira Law Firm have advised Mr. Seyoum of the provisions of FRCP 41 concerning voluntary dismissals. We have also advised Mr. Seyoum of the consequences and possible consequences of his planned dismissal of the current action.

### **CONCLUSION**

WHEREFORE, counsel for the plaintiff, Samuel Elira and the Elira Law Firm, respectfully request that the Court grant leave for Mr. Elira and the Elira Law Firm to withdraw their appearance from this case.

Respectfully submitted,

**THE ELIRA LAW FIRM, LLC**
/s/ Samuel Q. Elira Sr.,
Samuel Q. Elira Sr., Esquire
Client Protection Fund No.: 22164
5302 East Court Drive
Upper Marlboro, MD 20772
sqelaw@gmail.com
(301) 936-1418 (office)
(301) 218-9406 (fax)
(410) 934-4926 (cell)

## **CERTIFICATE REQUIRED UNDER LOCAL RULE 101(2)**

I hereby certify that on the 18th day of June 2026, Samuel Q. Elira Sr. and the Elira Law Firm served on Mr. Yoseph Seyoum of 1900 Lyttonsville Road, #306, Silver Spring, Maryland 20910, (joe.scott@phantonalert.com), a written notice advising Mr. Seyoum that Mr. Elira and the Elira Law Firm propose to file this Motion to Withdraw Appearance in the above captioned case and notified Mr. Seyoum to have new counsel enter an appearance in this matter or to advise the Clerk that he will be proceeding without counsel.

/s/ Samuel Q. Elira Sr.,
Samuel Q. Elira Sr., Esquire

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June 2026 a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. A copy of the foregoing will also be delivered by email to the following:

Justin S. Dunbar, Esquire (#27699)
**NILES, BARTON & WILMER, LLP**
111 S. Calvert Street
Suite 1400
Baltimore, Maryland 21202
Tel.: (410) 783-6432
Fax: (410) 783-6483
jsdunbar@nilesbarton.com
Counsel for Defendants

Mr. Yoseph Seyoum
1900 Lyttonsville Road, #306
Silver Spring, Maryland 20910
joe.scott@phantonalert.com

/s/ Samuel Q. Elira Sr.,_____
Samuel Q. Elira Sr., Esquire