**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

Yoseph Seyoum,                                        *

               Plaintiff,                  *

        v.                                   *          Case No. 8:25-cv-03446-AAQ

Charles M. Sims, et al.,                            *

             Defendants.           *

**<u>ORDER</u>**

This Order memorializes the Court's Discovery Conference held on June 29, 2026. ECF No. 42.  Within seven days, Plaintiff's counsel shall file a Supplement to Plaintiff's Request to Re-Open Discovery, including any subpoena(s) he sent for a video of the incident that is the subject of the Amended Complaint and any written response he received.  The Court shall defer ruling on the pending Request to Re-Open Discovery for seven days so that Plaintiff may seek leave to voluntarily dismiss his case without prejudice, if Plaintiff chooses.  All parties shall brief any such Motion in accordance with the timelines set out in the Court's Local Rules.  Plaintiff may file any Supplement to his Opposition to Defendants' Motion to Dismiss within fourteen days.  Thereafter, Defendants shall have fourteen days to provide any additional Reply in Support of their Motion for Summary Judgment.

So ordered.

Date: June 29, 2026                                      /s/
                                                    The Honorable Ajmel A. Quereshi
                                                    United States Magistrate Judge