**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| **YOSEPH SEYOUM,** | * | |
| *Plaintiff,* | * | |
| **v.** | * | **Case No.: 25-3446-TDC** |
| **CHARLES M. SIMS, et al.,** | * | |
| *Defendants.* | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**NOTICE OF FILING**

Pursuant to the Court's order, Samuel Q. Elira Snr. Esquire hereby submits evidence of the issued subpoena to Lt. Col. Christopher Feldenzer (Exhibit A), Notice of Issue of Subpoena (Exhibit B) and the recipient's response (Exhibit C)."

Respectfully submitted
**THE ELIRA LAW FIRM, LLC**

*/s/ Samuel Q. Elira Sr.*
Samuel Q. Elira Sr., Esquire
Client Protection Fund No.: 22164
5302 E. Court Drive
Upper Marlboro, MD 20772
Sqelaw@gmail.com
(301) 936-1418 (Office)
(301) 218-9406 (Fax)
(410) 934-4926 (Cell)