**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (SOUTHERN DIVISION)**

| | | |
|---|---|---|
| YOSEPH SEYOUM, | * | |
| *Plaintiff,* | * | |
| v. | * | **Case No.: 25-3446-TDC** |
| CHARLES M. SIMS, et al., | * | |
| *Defendants.* | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**NOTICE TO ISSUE SUBPOENA**

To:     NILES, BARTON & WILMER, LLP
Justin S. Dunbar, Esq. (# 27699)
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
Tel.: (410) 783-6432
Fax: (410) 783-6483
jsdunbar@nilesbarton.com
*Counsel for Defendants*

PLEASE TAKE NOTICE that, pursuant to **Federal Rule of Civil Procedure 45(a)(4)**, Counsel to Yoseph Seyoum intends to serve the attached Subpoena to Produce Documents, Information, or Objects on the following non-party:

1. **Non-Party Name:** Lt. Col. Christopher Feldenzer – Assistant Sheriff

2. **Address:** 50 Maryland Avenue, Rockville, MD 20850

A true and correct copy of the subpoena to be served is attached hereto as **Exhibit A**.

Dated 3/11/2026

Respectfully submitted,
THE ELIRA LAW FIRM, LLC.
/s/ Patricia R. Peterson
Patricia R. Peterson, Esquire
Attorney ID No. 2511201187
5302 E. Court Drive
Upper Marlboro, MD 20774
ppetersoneliralaw@gmail.com
(301) 936-1418 (Office)
(301) 218-9406 (Fax)
(410) 934-4926 (Cell)