*Maryland's First*
*Nationally Accredited*
*Sheriff's Office*



50 Maryland Avenue
Rockville, Md. 20850
240-777-7000
240-777-7148 Fax

# SHERIFF MAXWELL C. UY

April 2, 2026

**VIA E-MAIL: sqelaw@gmail.com**
Samuel Q. Elira, Esquire
5302 E. Court
Upper Marlboro, Maryland 20721

Re:    **Subpoena to Produce Documents**
*Yoseph Seyoum v. Charles M. Sims, Esq. et al.,*
Civ. Action No. 25-3446-TDC (USDC, D. Md.)

Dear Mr. Elira:

The undersigned received personal service of the above-referenced subpoena on the afternoon of Friday, March 27, 2026. The subpoena sought courthouse security footage *and* body worn camera footage from deputies of the Montgomery County Sheriff's Office (MCSO) who were present during the trial at the Montgomery County Circuit Court in *Crowley, Hoge, Fein, P.C. v. Seyoum* (Case No. C-15-CV-22-004124) that occurred during the period July 22 through July 26, 2024, including certain discrete times/locations on July 23 (courtroom before Judge Rubin enters) and July 24 (morning break in waiting area near the court room door).

While the MCSO is the custodian for all courthouse security video and the release of video responsive to such requests must be approved by the Administrative Judge (Judge Smith), there is no courthouse security video available from this time period, i.e., July 2024. The retention period for such security video is generally less than six (6) months and therefore, no such recordings from July 2024 are available. With regard to the request for body worn camera system (BWCS) video that was also subject to the subpoena, no such video exists for the requested time period. Courthouse deputies only activate their body worn cameras in response to specific incidents they encounter within the courthouse (or courtrooms). During the identified time period(s)/location(s) in the subpoena, no such BWCS video was activated by deputies within the courtroom or in the waiting area outside that courtroom.

As explained above, the MCSO has none of the electronically stored information sought by the subpoena. If you have any questions, please contact me directly at (240) 777-7120 (office) or (410) 206-1464 (cell).

Sincerely,

Christopher M. Feldenzer
Assistant Sheriff