**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

**YOSEPH SEYOUM,**
**Plaintiff,**

**Civil Action No. 8:25-cv-03446-AAQ**

**v.**

**CHARLES M. SIMS, et al.**
**Defendants.**

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion for Leave to File Second Amended Complaint, any opposition thereto, the proposed pleadings, and the entire record, it is this ____ day of _____________, 2026, hereby ORDERED that:

1. Plaintiff's Motion is GRANTED;

2. Plaintiff is granted leave to file the proposed Second Amended Complaint adding Michael Thomas as a Defendant to the battery claim pleaded in the alternative;

3. To the extent necessary, the Scheduling Order is modified for good cause under Federal Rule of Civil Procedure 16(b)(4);

4. The clean proposed Second Amended Complaint is deemed filed as of the date of this Order, or Plaintiff shall file it within the time directed by the Court;

5. The Clerk shall issue summons for Defendant Michael Thomas upon submission of the appropriate summons form, and Plaintiff shall effect service in accordance with Federal Rule of Civil Procedure 4;

6. Consideration of the pending Motion for Summary Judgment is DEFERRED pending the limited discovery authorized by this Order;

7. Discovery is reopened for ______ days, limited to depositions and document discovery directly concerning the July 2024 incidents, the competing accounts of the second incident, and courthouse security-camera evidence and related records;

8. Plaintiff may pursue the limited Rule 45 subpoenas previously proposed concerning courthouse security-camera footage and related preservation, access, deletion, retention, backup, metadata, vendor, and custodian records, subject to Rule 45 and any further direction of the Court; and

9. The Court grants such other and further relief as justice requires.

___________________________________
The Honorable Ajmel A. Quereshi
United States Magistrate Judge