**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| **YOSEPH SEYOUM,** | * | |
| *Plaintiff,* | * | |
| **v.** | * | **Case No.: 8:25-cv-03446-AAQ** |
| **CHARLES M. SIMS, et al.,** | * | |
| *Defendants.* | * | |

* * * * * * * * * * * * * *

**ORDER OF COURT**

**UPON CONSIDERATION** of Plaintiff's Motion for Leave to File Second Amended Complaint, to Add Michael Thomas as a Defendant to the Battery Claim, and for Related Limited Relief, and Defendants, Charles M. Sims and O'Hagan Meyer, PLLC's Opposition thereto, it is, this _____ day of _________________________, 2026, hereby

**ORDERED** that Plaintiff's Motion is **DENIED.**

_________________________________
The Honorable Ajmel A. Quereshi
United States Magistrate Judge