NILES·BARTON&WILMER LLP
Trusted Legal Advisors Since 1838.

**Justin S. Dunbar, Esquire**
**Partner**
**Direct Dial** (410) 783–6432
**Fax** (410) 783–6488
**Email** jsdunbar@nilesbarton.com
Admitted to practice in Maryland

September 9, 2026

# DEFENDANTS CHARLES M. SIMS AND O'HAGAN MEYER PLLC'S REQUEST FOR STATUS CONFERENCE

**VIA CM/ECF**
Hon. Ajmel A. Quereshi
U.S. Magistrate Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane
Suite 235A
Greenbelt, MD 20770

| | |
|---|---|
| Re: | *Yoseph Seyoum v. Charles M. Sims, et al.* |
| | United States District Court for the District of Maryland |
| Case No.: | 8:25-cv-03446-AAQ |
| Our File No.: | 002860.776291 |

Dear Judge Quereshi,

Pursuant to Section II(A)(2) of this Court's Case Management Order, please accept this correspondence as Defendants Charles M. Sims and O'Hagan Meyer PLLC's Request for the Court to Schedule a Status Conference.

As the Court is aware, on April 27, 2026, Defendants filed a Motion for Summary Judgment, Plaintiff filed his Opposition to Defendants' Motion on May 27, 2026, and Defendants filed a Reply on June 10, 2026. The parties appeared before the Court for a Discovery Conference on June 29, 2026, and the Court set additional deadlines for Plaintiff's Supplement to Plaintiff's Request to Re-Open Discovery and Defendants' Motion to Dismiss. Since that Conference, Plaintiff has filed numerous motions with the Court. Defendants ask this Court to schedule a Status Conference to discuss the fully-briefed Motion for Summary Judgment and all of Plaintiff's additional filings, listed below for reference:

- Plaintiff's Supplement to Request to Reopen Discovery, ECF No. 44;

- Plaintiff's Motion for Leave to File Sur-reply, to Withdraw or Amend Any Deemed Admissions, and Response to Defendants' Argument that the Battery Claim Should Be Dismissed, ECF No. 46;
- Plaintiff's Motion for Leave to File Supplemental Declaration, Request to Reopen Limited Discovery under Rule 56(d), and Supplemental Opposition to Defendants' Motion for Summary Judgment, ECF No. 47;
- Plaintiff's Motion to Compel Production of the PowerPoint Presentation Used During the July 2024 Trial, ECF No. 48;
- Plaintiff's Motion for Extension of Time Nunc Pro Tunc, Leave to File out of Time, Request to Accept Plaintiff's Response to the Court's June 29, 2026 Order, ECF No. 49;
- Plaintiff's Motion to Compel Defendants to Produce the July 22, 2024 PowerPoint Presentation Used During Opening Statement, ECF No. 50;
- Defendants' Response to Plaintiff's Motions, ECF No. 51;
- Plaintiff's Motion for Leave to File Reply and Supplemental Declaration Based Upon Newly Issued Order of the Supreme Court of Maryland, ECF No. 52;
- Defendants' Opposition to Plaintiff's Motion for Leave to File Reply and Supplemental Declaration Based Upon Newly Issued Order of the Supreme Court of Maryland, ECF No. 53;
- Plaintiff's Reply in Support of Motion to File Reply and Supplemental Declaration and Response to Defendants' Opposition, ECF No. 54; and
- Plaintiff's Motion to File Second Amended Complaint, to Add Michael Thomas as a Defendant to the Battery Claim, and for Related Limited Relief, ECF No. 55.

Accordingly, Defendants respectfully request that the Court schedule a status conference to address the pending motions and any other matters that the Court deems appropriate.

Respectfully submitted,

Justin S. Dunbar
*Counsel for Defendants, Charles M. Sims and O'Hagan Meyer PLLC*

cc: All counsel of record (Via CM/ECF)
Yoseph Seyoum (Via CM/ECF) and Email